UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL TESSEMA,<br><br>                Petitioner,<br><br>   v.<br><br>PAMELA BONDI, *et al.*,<br><br>                Respondents. | Case No. C25-2330-JNW-MLP<br><br>ORDER FOR SERVICE AND RETURN, § 2241 PETITION |

Petitioner, through counsel, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his current detention by U.S. Immigration and Customs Enforcement ("ICE") as unlawful. (Dkt. # 1.) Concurrently, Petitioner moved for an order to show cause, requesting an expedited briefing schedule. (Dkt. # 2.) Petitioner contends expedited briefing is warranted because he faces irreparable harm due to the deprivation of his liberty. (*See id.*) Petitioner asks that Respondents be directed to file a return within seven days, and that he then be permitted four days to respond. (*See id.*)

Respondents object to this expedited timeline, arguing that a seven-day timeline is insufficient for the U.S. Attorney's Office to gather the necessary documents and information to

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

prepare the return. (Dkt. # 4.) Respondents therefore ask that they instead be provided fourteen days to file the return. (*Id.*)

The Court finds that expedited briefing is appropriate here given Petitioner's assertion that he had been out of custody pursuant to an ICE order of supervision for approximately ten years, without having missed a check-in or violated the conditions of the order, before recently being re-detained. (*See* dkt. # 1 at 1-2.) The Court further finds that Respondents' proposed timeline is reasonable in light of the high volume of immigration habeas cases filed in recent weeks. A fourteen-day period for the return balances Petitioner's interest in a prompt resolution with the Court's need for a thorough and accurate record in rendering a decision on Petitioner's federal habeas claim. Accordingly, the Court Orders as follows:

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondents.

(2) Petitioner's request for expedited briefing (dkt. # 2) is GRANTED in part. **Within fourteen (14) days of the date this Order is posted**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As part of such return, Respondents shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary. Respondents shall file the return with the Clerk of the Court. Petitioner may file and serve a response to the return no later than **four (4) days** after the return is filed.

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 2

(3)     If Petitioner's custody status changes at any point during this litigation, **Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

(4)     The Clerk is directed to send copies of this order to Petitioner, to all counsel of record, and to the Honorable Jamal N. Whitehead

Dated this 21st day of November, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 3