UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL TESSEMA,

    Petitioner,

v.

PAMELA BONDI, *et al.*,

    Respondents.

Case No. C25-2330-JNW-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's habeas petition (dkt. # 1) is GRANTED.

    (3)    Respondents shall immediately RELEASE Petitioner from custody, and further, may not redetain Petitioner without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

ORDER - 1

(4) Within **twenty four (24) hours** of this Order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody and informing the Court of the date and time of his release.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 12th day of January, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2