# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHAEL TESSEMA,<br><br>               Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2330-JNW-MLP |

    ___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_   **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved. Petitioner's habeas petition (dkt. # 1) is GRANTED. Accordingly, Respondents shall immediately release Petitioner from custody, and further, may not redetain Petitioner without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

    Dated this 12th day of January, 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen R. Albert
Deputy Clerk
